IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00119-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| QUIVONTE BLOUNT | ) | |
| | ) | |

**THIS MATTER** is before the Court upon a motion by the defendant pro se, (Doc. No. 65), claiming his indictment should be dismissed because 18 U.S.C. § 922(g)(1) is unconstitutional. His conviction became final when he did not appeal the Judgment in 2020. (Doc. No. 27: Judgment). Accordingly, such a claim must be brought pursuant to 28 U.S.C. § 2255.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 65), is **DENIED** without prejudice. The Clerk of Court is directed to send the defendant a copy of the Pro Se Prisoner 2255 Motion to Vacate Form at the place of his incarceration.

Signed: May 2, 2024

Robert J. Conrad, Jr.
United States District Judge